26-221

***TO: DOCKET CLERK***

***__MAGISTRATE CASE NUMBER________________***

****If magistrate case was previously allotted to a District Judge- provide DJ's name and section*** SECT. I MAG. 1.

***OR***

***_X_NO MAGISTRATE PAPERS WERE FOUND***

***for***

***NAME:__PEDRO PABLO RUIZ***

***Initials: nch***

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you