MINUTE ENTRY
ROBY, M.J.
OCTOBER 2, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 26-221 |
| PEDRO PABLO RUIZ | SECTION: I |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X DEFENDANT
X COUNSEL FOR DEFENDANT CELIA RHOADS
X ASSISTANT U.S. ATTORNEY FREDERICK VETERS, JR.
X INTERPRETER CATHY CHAVARRI SWORN
(TIME: 10:36 AM to 10:38 A.M)

__/ DEFENDANT CONSENTED TO APPEAR BY ~~VIDEO~~
X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

_/ BAIL SET AT ____________________

_/ OTHER: ____________________

**NOTICE:** X / PRE-TRIAL CONFERENCE:

**BEFORE UNITED STATES DISTRICT JUDGE LANCE M. AFRICK**

**X** / TRIAL:

**BEFORE UNITED STATES DISTRICT JUDGE LANCE M. AFRICK**

MJSTAR: 00: 02